UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-20239-JLK

JESUS GONZALEZ,

    Plaintiff,

v.

7-ELEVEN, INC.,

    Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff JESUS GONZALEZ and Defendant 7-ELEVEN, INC., by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's fees and costs.

Dated:  May 3, 2024                                                        Respectfully submitted,

| | |
|---|---|
| s/ Alberto R. Leal | s/ Adam S. Chotiner[1] |
| Alberto R. Leal, Esq. | Adam S. Chotiner, Esq. |
| FL Bar No. 1002345 | FL Bar No. 0146315 |
| Alberto R. Leal, Esq., P.A. | Shapiro, Blasi, Wasserman & Hermann, P.A. |
| 8927 Hypoluxo Rd. #157 | 7777 Glades Road, Suite 400 |
| Lake Worth, FL 33467 | Boca Raton, FL 33434 |
| Tel: (954) 637-1868 | Tel:  (561) 477-7800 |
| E-Mail: albertolealesq@gmail.com | Fax: (561) 477-7752 |
| Attorneys for Plaintiff | E-Mail:  achotiner@sbwh.law |
| | Attorneys for Defendant |

---

[1]    Alberto R. Leal, Esq. has provided Adam S. Chotiner with express authority to jointly file this stipulation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam S. Chotiner*
Adam S. Chotiner

## SERVICE LIST

*Jesus Gonzalez v. 7-Eleven, Inc.*
Case No. 1:24-cv-20239-JLK
United States District Court, Southern District of Florida

| | |
|---|---|
| Alberto R. Leal, Esq.<br>E-Mail: albertolealesq@gmail.com<br>Alberto R. Leal, Esq., P.A.<br>8927 Hypoluxo Rd. #157<br>Lake Worth, FL 33467<br>Tel: (954) 637-1868<br>Counsel for Plaintiff<br>*Via CM-ECF* | Adam S. Chotiner, Esq.<br>E-Mail: achotiner@sbwh.law<br>Shapiro, Blasi, Wasserman & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL 33434<br>Tel: (561) 477-7800<br>Fax: (561) 477-7722<br>Counsel for Defendant<br>*Via CM/ECF* |