UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20239-JLK

JESUS GONZALEZ,

    Plaintiff,

v.

7-ELEVEN, INC.,

    Defendant.

_____/

**ORDER DISMISSING ACTION WITH PREJUDICE**

THIS CAUSE is before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice (DE 9) filed May 3, 2024. The Court has carefully considered the Joint Stipulation for Dismissal with Prejudice and is otherwise fully advised in this matter, and it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE.** Each party shall bear their own attorney's fees and costs. Any pending motions are **DENIED AS MOOT** and the Clerk is directed to **CLOSE** this action. The Final Pretrial Conference set for February 7, 2025, and trial set for April 7, 2025, are hereby **CANCELED.**

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 8th day of May, 2024.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**cc:**    **All Counsel of Record**
        **The Clerk of Court**